**No. 67842.**—Brunn & Bertheim *v.* United States, protests 61/21122 and 61/14892 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 67843.**—Reliance Int'l Mfg., Ltd. *v.* United States, protest 60/8984 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic fishes and plantlike forms similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

**No. 67844.**—Advance Pet Supply Co. et al. *v.* United States, protests 62/17197, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.